IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HERBERT CHARLES WATSON,       )
                              )
            Plaintiff,        )
                              )
        v.                    ) CIVIL NO. 1:03CV00394
                              )
JOHN W. SNOW, Secretary       )
of the Treasury of the        )
United States of America,     )
                              )
            Defendant.        )


ORDER and JUDGMENT


BULLOCK, District Judge


    For the reasons set forth in the memorandum opinion filed

contemporaneously herewith,


    IT IS ORDERED AND ADJUDGED that Defendant's motion

[Doc. #25] for summary judgment is **GRANTED**, and this action is

hereby **DISMISSED** with prejudice.  Defendant's motion [Doc. #55]

to strike is moot.

_____
United States District Judge

March 20, 2006